IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

ROXY D. McGUIRE,                                              Civil No. 10-3011-CL

    Plaintiff,                                                              ORDER

v.

NATIONAL MENTOR SERVICES, LLC,
a Delaware Corporation, dba MENTOR OREGON,

    Defendant.

PANNER, District Judge:

    This case was removed by defendant from state court to federal court. Having confirmed with the parties that this case is identical to the case, <u>Roxy D. McGuire v. National Mentor Services, LLC, a Delaware Corporation, dba Mentor Oregon</u>, CV 09-3103-CL, filed in this court and, upon oral agreement of the parties, the court dismisses this case.

    IT IS SO ORDERED.

    DATED this ___ day of March, 2010.

    _____
    UNITED STATES DISTRICT JUDGE