FILED'10 MAR 02 11:43USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ROXY D. McGUIRE, | Civil No. 10-3011-CL |
| Plaintiff, | JUDGMENT |
| v. | |
| NATIONAL MENTOR SERVICES, LLC, a Delaware Corporation, dba MENTOR OREGON, | |
| Defendant. | |

PANNER, District Judge:

    This action is dismissed.

DATED this ___ day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE